U.S. Dist. Court Central
Attn: Clerk
201 N. Vermilton
Danville, IL  61832

RECEIVED
JUL 29, 2011
U.S. CLERK'S OFFICE
URBANA, IL

July 28th, 2011

Re: #86-2020 C.D. IL.
<u>Moorhead V. McGinnis</u>

Dear Clerk,

Greetings, and good health, and a enjoyable summer.

I am writing in the hopes of receiving a copy of the <u>Consent Decree</u> in the above titled case.

As a pauper prisoner, please inform me <u>if</u> xerox copy fees be waived?

In the meantime as you so direct, I close with these last few lines and words to thank you for your time, and concern in this request.

Respectfully yours,
Francis Smith

Francis Smith A-83283
Lawrence C.C.
10930 Lawrence Rd.
Sumner, IL  62466